**Order entered June 21, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00745-CV
### No. 05-13-00746-CV

### IN RE SENRICK WILKERSON, Relator

### On Appeal from the Criminal District Court No. 3
### Dallas County, Texas
### Trial Court Cause No. W10-01183-J

## ORDER

The Court has before it relator's June 18, 2013 "request for court of inquiry hearing."

The Court construes the document as a motion for rehearing and **DENIES** the motion.

/s/      JIM MOSELEY
         JUSTICE